The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| UNITED STATES OF AMERICA, Plaintiff, v. CHAD MICHAEL STAHLMAN, Defendant. | NO. CR18-05094 BHS<br><br>ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |
|---|---|

The Court, having reviewed the Motion of the United States to extend by thirty days the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before September 6, 2023. Defendant may file a reply on or before September 15, 2023. The motion is RENOTED to September 15, 2023.

DATED this 9th day of August, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE - 1
*United States v. Stahlman,* CR18-05094 BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Presented by:
   */s/ Teal Luthy Miller*
2  TEAL LUTHY MILLER
   Assistant United States Attorney
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER GRANTING UNITED STATES' MOTION TO  
EXTEND TIME TO FILE A RESPONSE - 2  
*United States v. Stahlman,* CR18-05094 BHS

UNITED STATES ATTORNEY  
1201 PACIFIC AVENUE, SUITE 700  
TACOMA, WASHINGTON 98402  
(253) 428-3800